IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                Plaintiffs,<br><br>vs.<br><br>RUDY RONQUILLO-CHAVEZ,<br><br>                Defendant. | **8:09CR219**<br><br>**ORDER** |

      This matter is before the Court on the defendant's motion for a copy of his criminal case docket sheet (Filing No. 40).  The Court notes that the defendant was sentenced on February 20, 2014 (Filing No. 34), judgment was entered on February 20, 2014 (Filing No. 37), and that no appeal was timely filed. At this time, the defendant has no motions or cases pending before this court, and the defendant makes no showing as to why he needs these copies.  Accordingly, the Court will deny the motion.  The defendant is, of course, free to request copies of his docket sheet, and to pay the costs of the same.

      **IT IS ORDERED:**

1. The defendant's Motion Requesting Docket Sheet (Text) [40] is denied.
2. The defendant may contact the Clerk of the District Court to request copies of his docket sheet, and to pay the costs of the same.
3. The Clerk of Court shall mail a copy of this order to the defendant at the address provided in filing number 40.

      Dated this 3rd day of September, 2014.

                                                BY THE COURT:

                                                s/ F.A. Gossett, III<br>                                                United States Magistrate Judge